# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:22-mj-183-01-AJ
ELECTRONIC DEVICES DESCRIBED IN ATTACHMENT A AND )
CURRENTLY IN THE CUSTODY OF HSI AND THE GREENLAND, NH )
POLICE DEPARTMENT )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Electronic devices seized on or about August 3, 2022, as set forth in Attachment A.

located in the _____ District of New Hampshire , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A | Stalking of a Minor |
| 18 U.S.C. 2251(a) & (e) | Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor |
| 18 U.S.C. 2252A(5)(B) | Possession of Child Pornography |
| 18 U.S.C 2422(b) | Coercion and Enticement of a Minor |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: ____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Ronald Morin
*Applicant's signature*

Ronald Morin, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telehponic conference *(specify reliable electronic means)*. Electronically signed/sworn:

Date: Aug 11, 2022

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, NH

Andrea K. Johnstone
*Printed name and title*