AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 1:22-mj-183-01-AJ | Date and time warrant executed: 8/11/22 1700 | Copy of warrant and inventory left with: N/A |
|---|---|---|

**Inventory made in the presence of:**
SA Shawn Serra

**Inventory of the property taken and name(s) of any person(s) seized:**

Forensic Image Files of electronic evidence items

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/11/22

_Executing officer's signature_

Duane M Jacques Det / TFO
_Printed name and title_